Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JOHN HENRY DION

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN HENRY DION,<br><br>                    Plaintiff,<br><br>        v.<br><br>FULTON, FRIEDMAN & GULLACE, LLP, a New York limited liability partnership; and ANN KATHERYN MERRILL, individually and in her official capacity,<br><br>                    Defendants. | Case No. 3:11-CV-02727-SC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Plaintiff, JOHN HENRY DION, and Defendants, FULTON, FRIEDMAN & GULLACE, LLP, and ANN KATHERYN MERRILL, hereby stipulate and agree that the claims asserted in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). All parties to bear their own costs and attorneys fees.

Dated:  July 25, 2012          /s/ Fred W. Schwinn
                               Fred W. Schwinn, Esq.
                               Attorney for Plaintiff
                               JOHN HENRY DION

Dated:  July 25, 2012          /s/ Tomio B. Narita
                               Tomio B. Narita, Esq.
                               Attorney for Defendants
                               FULTON, FRIEDMAN & GULLACE, LLP, and ANN KATHERYN MERRILL

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA